1  JEFFREY T. MAKOFF (SBN 120004)
2  HEATHER A. LANDIS (SBN 267615)
   VALLE MAKOFF LLP
3  2 Embarcadero Center, Suite 2370
   San Francisco, California 94111
4  Telephone:  (415) 986-8001
   Facsimile:   (415) 986-8003
5  Email:      jmakoff@vallemakoff.com
               hlandis@vallemakoff.com
6
7  Attorneys for Defendant
   Lighthouse Sales & Marketing, LLC
8  d/b/a Agent Link

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  NETGEAR, INC., a Delaware corporation,   )   Case No. 3:12-CV-04199 SI
13                                           )
                    Plaintiff,               )   [~~PROPOSED~~] ORDER AND
14                                           )   STIPULATION TO CONTINUE
                                             )   THE CASE MANAGEMENT
15              vs.                          )   CONFERENCE TO APRIL 5, 2013
                                             )
16  LIGHTHOUSE SALES & MARKETING,            )
    LLC a Florida Limited Liability Company, )   CMC: January 25, 2013
17  d/b/a AGENT LINK,                        )
                                             )   Complaint Filed: August 9, 2012
18                                           )
                    Defendants.              )   Trial Date: None Set
19                                           )
20                                           )
21                                           )
22                                           )
23  _____   )

24
25
26
27
28

   _____

   **[PROPOSED] ORDER AND STIPULATION TO CONTINUE THE CASE
   MANAGEMENT CONFERENCE TO APRIL 5, 2013; CASE NO 3:12-CV-04199 SI**

Pursuant to Northern District of California Local Rule 6-1(b), plaintiff Netgear, Inc. ("plaintiff") and defendant Lighthouse Sales & Marketing, LLC ("defendant), through their counsel of record, hereby stipulate as follows:

## STIPULATION

A. The Case Management Conference in the above-referenced action is currently set for January 25, 2013 at 2:30 p.m.;

B. Plaintiff and defendant agree that the Case Management Conference should be continued to April 5, 2013 at 2:30 p.m., or as soon thereafter as the Court's schedule permits;

C. Plaintiff and defendant have good cause to continue the Case Management Conference because they have reached an agreement in principle and are in the process of finalizing their settlement agreement. Plaintiff and defendant further seek to avoid the additional attorneys' fees associated with the Case Management Conference given the pending settlement discussions;

D. This is the first request for a time modification in this case; and

[Continued on Following Page]

E.  None of the parties will be prejudiced by continuing the Case Management Conference to a later date, and no other deadlines will be affected.

**IT IS SO STIPULATED.**

WILSON SONSINI GOODRICH & ROSATI

Dated: January 14, 2013.   By: /s/ *John L. Slafsky*
John L. Slafsky
Attorneys for Plaintiff
Netgear, Inc.


VALLE MAKOFF LLP

Dated: January 14, 2013.   By: /s/ *Heather A. Landis*
Heather A. Landis
Attorneys for Defendant
Lighthouse Sales & Marketing, LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2013

By: [signature]
Honorable Susan Illston
United States District Judge

2
**[PROPOSED] ORDER AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO APRIL 5, 2013; CASE NO. 3:12-CV-04199 SI**