JEFFREY T. MAKOFF (SBN 120004)
HEATHER A. LANDIS (SBN 267615)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone:    (415) 986-8001
Facsimile:    (415) 986-8003
Email:        jmakoff@vallemakoff.com
              hlandis@vallemakoff.com

Attorneys for Defendant
Lighthouse Sales & Marketing, LLC
d/b/a Agent Link

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC., a Delaware corporation, | Case No. 3:12-CV-04199 SI |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO APRIL 5, 2013 |
| vs. | |
| LIGHTHOUSE SALES & MARKETING, LLC a Florida Limited Liability Company, d/b/a AGENT LINK, | CMC: January 25, 2013 |
| | Complaint Filed: August 9, 2012 |
| Defendants. | Trial Date: None Set |

**[PROPOSED] ORDER AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO APRIL 5, 2013; CASE NO 3:12-CV-04199 SI**

Pursuant to Northern District of California Local Rule 6-1(b), plaintiff Netgear, Inc. ("plaintiff") and defendant Lighthouse Sales & Marketing, LLC ("defendant), through their counsel of record, hereby stipulate as follows:

**STIPULATION**

A.  The Case Management Conference in the above-referenced action is currently set for January 25, 2013 at 2:30 p.m.;

B.  Plaintiff and defendant agree that the Case Management Conference should be continued to April 5, 2013 at 2:30 p.m., or as soon thereafter as the Court's schedule permits;

C.  Plaintiff and defendant have good cause to continue the Case Management Conference because they have reached an agreement in principle and are in the process of finalizing their settlement agreement.  Plaintiff and defendant further seek to avoid the additional attorneys' fees associated with the Case Management Conference given the pending settlement discussions;

D.  This is the first request for a time modification in this case; and

[Continued on Following Page]

E.   None of the parties will be prejudiced by continuing the Case Management Conference to a later date, and no other deadlines will be affected.

**IT IS SO STIPULATED.**

WILSON SONSINI GOODRICH & ROSATI

Dated: January 14, 2013.   By: /s/ *John L. Slafsky*
John L. Slafsky
Attorneys for Plaintiff
Netgear, Inc.

VALLE MAKOFF LLP

Dated: January 14, 2013.   By: /s/ *Heather A. Landis*
Heather A. Landis
Attorneys for Defendant
Lighthouse Sales & Marketing, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2013

By: [signature]
Honorable Susan Illston
United States District Judge